IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Timothy O. Cochran        Case No. 1-24-02355

Debtor        Chapter 13

## MOTION TO EXTEND TIME
## FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 2nd day of October, 2024, comes the above Debtor, by his counsel, Lawrence V. Young, Esquire and the CGA Law Firm, and files the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file all remaining documents.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on September 18, 2024.

3. The Debtor have provided counsel with most of the documents needed to complete his petition and is in the process for gathering the remaining documents.

4. The Debtor requests an extension of thirty (30) days to file all remaining documents.

WHEREFORE, the Debtor request an extension of time of thirty (30) days in which to file all remaining documents to accompany his bankruptcy petition.

       Respectfully submitted,
       CGA LAW FIRM, PC

       By: /s/ Lawrence V. Young, Esquire
           Lawrence V. Young
           Supreme Court I.D. No. 21009
           135 North George Street
           York, PA 17401-1282
           717-718-7110
           Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Timothy O. Cochran

Debtor

Case No. 1-24-02355

Chapter 13

**ORDER EXTENDING TIME TO**
**FILE ALL REMAINING DOCUMENTS**

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file all remaining documents be extended thirty (30) days, to November 2, 2024.

BY THE COURT,