United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Timothy Owen Cochran  
    Debtor

Case No. 24-02355-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 13, 2024      Form ID: ntnew341      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Owen Cochran, 106 Teila Drive, Dallastown, PA 17313-9788 |
| 5654274 | + | ACCTS ADVOCA, 1001 S FOURTH STREET, HAMBURG, PA 19526-9211 |
| 5654279 | | GREEN DOT BANK, ATTN: BANKRUPTCY, 14 W 7TH ST, STE 240, AUSTIN, TX 78701 |
| 5654269 | + | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5654280 | | PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE LIEN SECTION, PO BOX 280948, HARRISBURG, PA 17128-0948 |
| 5654270 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5654281 | + | YORK ADAMS TAX CLAIM BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |
| 5654282 | + | YORK COUNTY TAX CLAIM BUREAU, 28 EAST MARKET STREET, ROOM 110, YORK, PA 17401-1587 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2024 18:47:07 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 18:36:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 5655367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2024 18:46:58 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5654276 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 13 2024 18:36:04 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD 4TH FLOOR, SHERMAN OAKS, CA 91411 |
| 5654277 | + | Email/Text: dylan.succa@commercialacceptance.net | Nov 13 2024 18:36:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5654278 | + | Email/Text: bankruptcy@cbtno.com | Nov 13 2024 18:36:00 | CRESCENT BANK, ATTN: BANKRUPTCY, PO BOX 61813, NEW ORLEANS, LA 70161-1813 |
| 5655277 | | Email/Text: bankruptcy@cbtno.com | Nov 13 2024 18:36:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 5654271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2024 18:36:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5654269 | + | Email/Text: rshearer@cgalaw.com | Nov 13 2024 18:36:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5654272 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 18:36:00 | PENNSYLVANIA DEPARTMENT OF |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5665507 | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2024 18:36:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5664806 | + | Email/Text: bankruptcynotification@wellspan.org | Nov 13 2024 18:36:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5654273 | | Email/Text: kcm@yatb.com | Nov 13 2024 18:36:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5654268 | *+ | TIMOTHY OWEN COCHRAN, 106 TEILA DRIVE, DALLASTOWN, PA 17313-9788 |
| 5654275 | ##+ | BOWSER DENTISTRY, 85 WYNTRE BROOK DRIVE, YORK, PA 17403-4536 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Lycaste LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Lawrence V. Young | on behalf of Debtor 1 Timothy Owen Cochran lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Timothy Owen Cochran, <br> aka Timothy Cochran, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:24−bk−02355−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: January 30, 2025 <br><br> Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 13, 2024 |

ntnew341 (09/23)