United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Timothy Owen Cochran  
    Debtor

Case No. 24-02355-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Dec 19, 2024     Form ID: pdf010     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy Owen Cochran, 106 Teila Drive, Dallastown, PA 17313-9788 |
| 5654274 | + | ACCTS ADVOCA, 1001 S FOURTH STREET, HAMBURG, PA 19526-9211 |
| 5654279 | | GREEN DOT BANK, ATTN: BANKRUPTCY, 14 W 7TH ST, STE 240, AUSTIN, TX 78701 |
| 5654280 | | PA DEPARTMENT OF REVENUE, BUREAU OF COMPLIANCE LIEN SECTION, PO BOX 280948, HARRISBURG, PA 17128-0948 |
| 5654270 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5654281 | + | YORK ADAMS TAX CLAIM BUREAU, 1405 NORTH DUKE STREET, YORK, PA 17404-2125 |
| 5654282 | + | YORK COUNTY TAX CLAIM BUREAU, 28 EAST MARKET STREET, ROOM 110, YORK, PA 17401-1587 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2024 18:49:21 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2024 18:38:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 5655367 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 19 2024 18:49:37 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5654276 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 19 2024 18:38:00 | CAINE & WEINER, ATTN: BANKRUPTCY, 5805 SEPULVEDA BLVD 4TH FLOOR, SHERMAN OAKS, CA 91411 |
| 5654277 | + | Email/Text: dylan.succa@commercialacceptance.net | Dec 19 2024 18:38:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5654278 | + | Email/Text: bankruptcy@cbtno.com | Dec 19 2024 18:38:00 | CRESCENT BANK, ATTN: BANKRUPTCY, PO BOX 61813, NEW ORLEANS, LA 70161-1813 |
| 5655277 | | Email/Text: bankruptcy@cbtno.com | Dec 19 2024 18:38:00 | CRESCENT BANK & TRUST, PO BOX 2829, ADDISON, TX 75001 |
| 5654271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2024 18:38:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5654269 | + | Email/Text: rshearer@cgalaw.com | Dec 19 2024 18:38:00 | LAWRENCE V. YOUNG, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5671662 | | ^ MEBN | | |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| | | | Dec 19 2024 18:32:22 | Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5654272 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2024 18:38:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5665507 | + | Email/Text: bankruptcy@bbandt.com | Dec 19 2024 18:38:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5664806 | + | Email/Text: bankruptcynotification@wellspan.org | Dec 19 2024 18:38:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5654273 | | Email/Text: kcm@yatb.com | Dec 19 2024 18:38:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5654268 | *+ | TIMOTHY OWEN COCHRAN, 106 TEILA DRIVE, DALLASTOWN, PA 17313-9788 |
| 5654275 | ##+ | BOWSER DENTISTRY, 85 WYNTRE BROOK DRIVE, YORK, PA 17403-4536 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 21, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Lycaste LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov |
| Lawrence V. Young | on behalf of Debtor 1 Timothy Owen Cochran lyoung@cgalaw.com rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;rshearer@cgalaw.com;jhall@cgalaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Timothy Owen Cochran
aka Timothy Cochran

Debtor 1

Chapter: 13
Case No.: 1:24-bk-02355-HWV

## ORDER

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. § 521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS ORDERED** that the above-captioned case is dismissed. The Trustee is discharged from further responsibility in this case. It is further

**ORDERED** that all pending actions in this case are dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 19, 2024